United States Bankruptcy Court
Eastern District of Wisconsin

In re:  
Todd J. Kompas  
      Debtor

Case No. 17-28883-svk  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0757-2     User: admin     Page 1 of 1     Date Rcvd: Nov 20, 2017  
Form ID: nfinmgt     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.
db    +Todd J. Kompas,    2866 S. Aurene Circle,    Milwaukee, WI 53227-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2017 at the address(es) listed below:  
NONE.      TOTAL: 0

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re
Todd J. Kompas,
        Debtor.

Chapter 13
Case No. 17–28883–svk

**NOTICE TO THE DEBTOR REGARDING THE REQUIREMENT TO FILE A CERTIFICATE OF COMPLETION OF COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

    PLEASE TAKE NOTICE that, subject to limited exceptions, 11 U.S.C. § 1328 requires you to complete an instructional course in personal financial management in order to receive a discharge. This course is different from (and in addition to) the credit counseling you were required to attend prior to filing the bankruptcy petition.

    PLEASE TAKE FURTHER NOTICE that **if, prior to making your last plan payment, you do not file the certificate showing that you completed the course in personal financial management, or show the Court why you are not required to do so, the Court will close your case without a discharge.** If this happens, you will have to file a motion to reopen the case and pay the full case reopening fee (currently $235) in order to file the certificate and receive a discharge.

Dated: November 19, 2017

**JANET L. MEDLOCK**
Clerk of Court