

John H. Niebler     James B. Hanley
Robert G. Pyzyk     Scott F. Brown                              Robert G. Pyzyk
James J. Carrig     James P. Riebe                       rpyzyk@nieblerpyzyk.com
Joseph C. Niebler, Jr.   Christopher M. Hayden
Matthew R. Jelenchick   Robert W. Roth, Of Counsel

Chester J. Niebler (1915-1994)

December 6, 2017

Honorable Susan V. Kelley
United States Bankruptcy Court
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

    RE: In re Todd J. Kompas / Case No. 17-28883-svk

Dear Judge Kelley:

  I am writing the Court to advise that I was retained today to represent the interests of Mitchell Bank in the above-captioned proceeding. I informed the bank that I would represent their interests in this matter provided that I could obtain an adjournment of the hearing currently scheduled for December 19, 2017 due to the fact that I am scheduled to be out of the State on that date. I am filing contemporaneously with this correspondence my Notice of Appearance and respectfully request an adjournment of the December 19th hearing date to afford me the opportunity to review my client's file along with the bankruptcy court record to familiarize myself with the status of this matter. I have spoken with counsel for Debtor, Attorney Mont Martin, to address the unresolved issues with the hope that a resolution can be obtained without the need for a hearing. I have already informed Atty. Martin that I would like to continue those discussions and he has agreed to do so, which I hope will either lead to a resolution or reduce the number of issues that would need further Court intervention.

  I apologize for the short notice on this request and any disruption that this may cause to the Court's calendar but due to the Motion to Withdraw filed by the Bank's previous counsel, I have no other alternative but to respectfully request the Court's consideration for an adjournment of the scheduled hearing. I thank the Court in advance for any consideration it can provide the undersigned and will await your response to this request.

    Sincerely,

    NIEBLER, PYZYK, CARRIG, JELENCHICK & HANLEY LLP

    /s/ *Robert G. Pyzyk*

RGP/jpr

Over 75 Years Commitment to Service
N94 W17900 Appleton Avenue, Suite 200, P.O. Box 444, Menomonee Falls, Wisconsin 53052-0444
Office 262/251-5330 and 262/523-8000 www.nieblerpyzyk.com Fax 262/251-1823 and 262/523-8001

Case 17-28883-svk Doc 30 Filed 12/06/17 Page 1 of 1