# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

___

In Re:

    Todd J. Kompas,                                    Chapter 13

        Debtor.                                      Case 17- 28883-svk

___

## ORDER ON DEBTOR'S MOTION FOR AUTHORIZATION TO LEASE
___

Upon the Debtor's Motion for Authorization to Lease and the Objection of Brew City Countertops and Millwork, Inc. (Brew City), the court conducted a hearing on January 2, 2018 with appearances from Attorney Mont L. Martin on behalf of the debtor, Attorney Tom Schneck on behalf of Brew City and Ronald Uecke, president of Brew City; and, after being advised in the premises,

**It is hereby ordered** that Brew City shall immediately pay rent due for November, 2017 through January, 2018 and future rents as they may come due directly to the debtor without prejudice to the rights of the parties in interest.

**It is further ordered** that the hearing be continued to January 23, 2018 at 1:00 p.m.

# # # # #