

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8901
MADISON, WI 53708-8901

**Contact Information:**

2135 RIMROCK RD    PO BOX 8901
MADISON, WI    53708-8901
ph: 608-264-0341    fax: 608-224-5700
email: Donald.Leopardiii@wisconsin.gov
website: revenue.wi.gov

Letter ID    L0951050208



US BANKRUPTCY COURT
US FEDERAL BUILDING ROOM 126
517 E WISCONSIN AVE
MILWAUKEE WI 53202

January 4, 2018

Wisconsin Tax Number:   1024109538

RE: Bankruptcy Case No.: 17-28883, Kompas, Todd
    Claim #6 Resolved by Creditor Wisconsin Dept. of Revenue

Case Number: 1728883
Bankruptcy Chapter: Chapter 13
Date of Proof of Claim for Taxes: 12/11/17
Amount of Claim: $19,588.15

This is to advise the court that the liability represented in the above claim has been resolved to the satisfaction of the Wisconsin Department of Revenue.  No further action and/or payment is necessary on that claim.

Sincerely,


Donald Leopard
Bankruptcy Specialist
608-264-0341
Donald.Leopardiii@wisconsin.gov