# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

In re:

TODD J. KOMPAS,   Chapter 13

   Debtor   Case No. 17-28883-svk

## ORDER GRANTING MOTION TO
## RESTRICT PUBLIC ACCESS AND REDACT DOCUMENT

The Court has considered the Motion to Restrict Public Access and Redact Document (the "Motion") filed by Niebler, Pyzyk, Carrig, Jelenchick & Hanley LLP. The Motion alleges that Exhibit 11 to Mitchell Bank's List of Exhibits (Doc. 39-11) (the "original document") filed by Movant contains certain personal identifiers that should have been redacted under Bankruptcy Rule 9037. The Movant has paid the $25.00 fee for the Motion.

IT IS THEREFORE ORDERED: the Clerk of Court shall restrict public access to the original document; and

IT IS FURTHER ORDERED THAT: the Clerk of Court shall replace the original document with the document previously filed on January 15, 2018 (Exhibit 11, Redacted, Doc. 40) which properly redacts personal identifiers as required by Bankruptcy Rule 9037, and is identical in all respects to the original document, except for the redacted information.

#####