```
                         United States Bankruptcy Court
                         Eastern District of Wisconsin
```

In re:                                                          Case No. 17-28883-svk
Todd J. Kompas                                                  Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0757-2           User: vml              Page 1 of 1              Date Rcvd: Jan 19, 2018
                               Form ID: pdf2          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2018.
db             +Todd J. Kompas,    2866 S. Aurene Circle,    Milwaukee, WI 53227-3225
cr             +Mitchell Bank,    c/o Bss & Moglowsky, S.C.,    501 W. Northshore Drive,    Suite 300,
                 Milwaukee, WI 53217-4541
cr              Mitchell Bank,    c/o Attorney James P. Riebe,    Niebler, Pyzyk, Carrig,,
                 N94 W17900 Appleton Avenue,    P.O. Box 444,   Menomonee Falls, WI  53052-0444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2018 at the address(es) listed below:
              David M. Potteiger    on behalf of Attorney    Bass & Moglowsky, S.C. david@basmog.com,
               barbara@basmog.com
              James P. Riebe    on behalf of Creditor    Mitchell Bank jriebe@nprclaw.com
              Mont L. Martin    on behalf of Debtor Todd J. Kompas mont@wmnlaw.org,    becky@wmnlaw.org
              Mont L. Martin    on behalf of Non-Filing Spouse Cindy  Kompas mont@wmnlaw.org,    becky@wmnlaw.org
              Office of the U. S. Trustee    ustpregion11.mi.ecf@usdoj.gov
              Penny G. Gentges    on behalf of Creditor    Mitchell Bank penny@basmog.com,    barbara@basmog.com
              Scott  Lieske    ecf@chapter13milwaukee.com,    mgwi_ecf@trustee13.com
              Thomas J. Schneck    on behalf of Interested Party    Brew City Countertops & Millwork, Inc.
               tschneck@laddlawllc.com,    deb@laddlawllc.com;G24125@notify.cincompass.com
                                                                                             TOTAL: 8

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: January 19, 2018

Susan V. Kelley
Chief United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

___

In re:

    TODD J. KOMPAS,                          Chapter 13

           Debtor                              Case No. 17-28883-svk

___

## ORDER GRANTING MOTION TO
## RESTRICT PUBLIC ACCESS AND REDACT DOCUMENT

___

       The Court has considered the Motion to Restrict Public Access and Redact Document (the "Motion") filed by Niebler, Pyzyk, Carrig, Jelenchick & Hanley LLP. The Motion alleges that Exhibit 11 to Mitchell Bank's List of Exhibits (Doc. 39-11) (the "original document") filed by Movant contains certain personal identifiers that should have been redacted under Bankruptcy Rule 9037. The Movant has paid the $25.00 fee for the Motion.

       IT IS THEREFORE ORDERED: the Clerk of Court shall restrict public access to the original document; and

       IT IS FURTHER ORDERED: within 14 days of entry of this order, the Movant must re-file the complete original document with all personal identifiers redacted. The replacement document must be identical in all respects to the original document it replaces, except for the redacted information.

#####