# LAW OFFICES OF ANDREW C. LADD, LLC

707 W. Moreland Blvd., Suite 7
Waukesha, WI 53188-2400
(262) 542-3900  Fax (262) 542-7460

Andrew C. Ladd						Thomas J. Schneck

---

February 26, 2018

Honorable Susan V. Kelley,
Bankruptcy Court Judge
United States Bankruptcy Court
517 E. Wisconsin Avenue
Milwaukee, WI  53202-4581

RE:	Todd J. Kompas
	Case No. 17-28883-svk

Dear Judge Kelley:

Please be advised that this matter is scheduled for a continued motion hearing on February 27, 2018, at 11:00 a.m. on my client, Brew City Countertops and Millwork, Inc.'s, objection to the Debtor's request to authorize leasing of the property. In light of an agreement reached by the Debtor and my client, as well as recent developments in regard to the Debtor's Motion Authorizing Sale of Property and the Request to Amend his Unconfirmed Chapter 13 Plan, Brew City Countertops and Millwork, Inc. hereby withdraws its objection to Debtor's request.

Please remove and cancel the hearing scheduled for February 27, 2018, at 11:00 a.m.

Sincerely,

*Thomas J. Schneck* (signature)

Thomas J. Schneck,
Attorney at Law

TJS/dah

c:	Attorney Mont Martin
	Attorney Robert Pyzyk
	Mr. Ronald Uecke, Brew City Counterops and Millwork, Inc.