UNITED STATES BANKRUPTCY COURT
EASERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                    Chapter 13
TODD J. KOMPAS                             Case No.    17-28883-SVK

         Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Scott Lieske, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u>    You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.    (If you do not have an attorney, you may wish to consult one.)

A telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **March 20, 2018 at 10:30 a.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.**    Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

       Dated at Milwaukee, Wisconsin, on February 28, 2018.

                                             /s/_____
                                             Scott Lieske, Trustee
                                             Robert W. Stack, Staff Attorney
                                             Christopher D. Schimke, Staff Attorney
                                             Sandra M. Baner, Staff Attorney
                                             Chapter 13 Standing Trustee
                                             P.O. Box 510920
                                             Milwaukee, Wisconsin 53203
                                             T: (414) 271-3943
                                             F: (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

___

In the Matter of:
TODD J. KOMPAS

        Chapter 13
        Case No. 17-28883-SVK

Debtor.

___

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**
___

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

The proposed plan is not feasible.

Due to priority claims filed, the plan payment is insufficient to complete the plan within 60 months of confirmation.

The Trustee is unable to confirm debtor's ability to make plan payments or to confirm the Current Monthly Income claimed on the Means Test due to Debtor's failure to provide Trustee with profit and loss statements for all businesses for the calendar year 2017.

    Dated at Milwaukee, Wisconsin, on February 28, 2018

        OFFICE OF CHAPTER 13 TRUSTEE

        /s/_____
        Scott Lieske, Chapter 13 Trustee
        Robert W. Stack, Staff Attorney
        Christopher D. Schimke, Staff Attorney
        Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                            Chapter 13
TODD J. KOMPAS                        Case No. 17-28883-SVK

                       Debtor.

## CERTIFICATE OF SERVICE

       I hereby certify that on February 28, 2018, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                 OFFICE OF THE U.S. TRUSTEE
                 WIERNICK, MARTIN & NEUMAIER, SC

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                 TODD J. KOMPAS
                 2866 S. AURENE CIRCLE
                 MILWAUKEE, WI 53227

       Dated:    February 28, 2018

                                                   /s/_____
                                                   Tongula Washington
                                                   Administrative Assistant
                                                   Office of the Chapter 13 Trustee
                                                   P.O. Box 510920
                                                   Milwaukee, WI 53203
                                                   T: (414) 271-3943
                                                   F: (414) 271-9344