UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In RE:

Todd J. Kompas,
Debtor.

Chapter 13
Case No. 17-28883-svk

**AFFIDAVIT OF NO OBJECTION TO REQUEST TO**
**MOTION FOR ORDER AUTHORIZING**
**LEASE OF PROPERTY**

**STATE OF WISCONSIN )**
              **SS**
**MILWAUKEE COUNTY   )**

The undersigned, being first duly sworn on oath, deposes and states:

1. He is the attorney for the debtor, Todd J. Kompas and makes this Affidavit in support of the debtor's Motion for Order Authorizing Lease of Property.

2. Notice of the motion was served upon all interested parties, as shown by the Affidavit of Mailing on file with the Court.

3. The deadline for filing objections has expired. Brew City Countertops and Millwork was the only interested party to file an objection, and that objection has been withdrawn.

Mont L. Martin
Attorney for the debtor

Subscribed and sworn to before me
this 6 day of March, 2018

Notary Public, Milwaukee, WI
My Commission expires: 1-4-19