UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
    Todd J. Kompas,                    Chapter 13
           Debtor.                      Case No. 17-28883-svk

ORDER AUTHORIZING LEASE OF PROPERTY

Upon the debtor's Motion for Order Authorizing Lease of Property, which was duly noticed to all interested parties; and the period for filing objections having expired and there being no objection to said motion; and the Court otherwise being fully advised in the premises,

IT IS HEREBY ORDERED that debtor is granted full authority as a landlord to take all action authorized under Wisconsin Statutes in regard to leasing the property, including terminating the current lease; evicting the current tenant; entering into a new lease, whether with the current tenant or a new tenant, and collecting rents;

IT IS FURTHER ORDERED that:

a. this Order shall be entered nunc pro tunc to the September 9, 2017 Order for Relief herein; and

b. The 14 day stay with respect to the effective date of the Order be waived pursuant to Bankruptcy Rule 6004(h) and that the Order be effective immediately upon its entry.

#####