UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:

Todd J. Kompas,
Debtor,

Chapter 13
Case No. 17-28883-svk

**AFFIDAVIT OF NO OBJECTION TO MOTION TO
AUTHORIZE SALE OF PROPERTY**

STATE OF WISCONSIN )
         SS
MILWAUKEE COUNTY )

The undersigned, being first duly sworn on oath, deposes and states:

1. He is the attorney for the debtor and makes this Affidavit in support of the debtor's Motion to Authorize the sale of property.

2. Notice of said Request was served upon all interested parties as shown by the Certificate of Service on file with the Court.

3. The deadline for filing objections has expired and no written Objection or Request for Hearing has been filed with the Court and served upon the debtor's attorney as required by said Notice of Request.

Dated in Wauwatosa on this 19th day of March, 2018.

_____
Mont L. Martin
Attorney for the debtor

Subscribed and sworn to before me
this 19 day of March, 2018

_____
Notary Public, Milwaukee, WI
My Commission expires: 1-4-19