# EXHIBIT A

CITY OF WEST ALLIS TREASURER  
7525 W GREENFIELD AVE  
WEST ALLIS WI 53214

STATE OF WISCONSIN  
2017 REAL ESTATE PROPERTY TAX  
CITY OF WEST ALLIS  
MILWAUKEE COUNTY

Tax Key Number: 474-0036-001  
Bill No: 222213

| | |
|---|---|
| Full Payment of: | $7,757.80 |
| or First Installment of: | $3,299.96 |
| Due on or Before: | January 31, 2018 |
| Make Check Payable to: CITY OF WEST ALLIS | |

474-0036-001   008632  
PPK INVESTMENTS  
NOLAN ACCOUNTING  
4262 S 108 ST  
MILWAUKEE WI 53228

47400360010000775780B

## PLEASE USE COUPONS WITH YOUR PAYMENTS

### STATE OF WISCONSIN — 2017 REAL ESTATE PROPERTY TAX

CITY OF WEST ALLIS

| Assessed Value Land | Assessed Value Improvements | Total Assessed Value | Ave. Assmt. Ratio | Net Assessed Value Rate (Does NOT reflect Lottery Credit) |
|---|---|---|---|---|
| 43,100 | 198,400 | 241,500 | 100.8% | .028277623 |

| Est. Fair Mkt. Land | Est. Fair Mkt. Improvements | Est. Fair Mkt. | * A star in this box means unpaid prior year taxes. | School taxes reduced by school levy tax credit 446.13 |
|---|---|---|---|---|
| 42,700 | 196,800 | 239,500 | | |

| Taxing Jurisdiction | 2016 Est. State Aids Allocated Tax District | 2017 Est. State Aids Allocated Tax District | 2016 Net Tax | 2017 Net Tax | % Tax Change |
|---|---|---|---|---|---|
| CITY OF WEST ALLIS | 10,963,957 | 11,223,524 | 2,668.67 | 2,716.99 | 1.8 |
| MILWAUKEE COUNTY | 3,505,313 | 3,483,008 | 1,226.72 | 1,210.66 | -1.3 |
| STATE OF WISCONSIN | | | 40.84 | | -100.0 |
| MATC | 3,808,851 | 3,756,892 | 303.20 | 301.27 | -0.6 |
| MMSD | | | 421.41 | 413.46 | -1.9 |
| WA/WM SCHOOL DIST | 50,545,369 | 46,838,448 | 1,937.57 | 2,186.66 | 12.9 |
| Total | 68,823,490 | 65,301,872 | 6,598.41 | 6,829.04 | 3.5 |
| First Dollar Credit | | | 65.46 | 74.72 | 14.1 |
| Lottery and Gaming Credit | | | | | |
| Net Property Tax | | | 6,532.95 | 6,754.32 | 3.4 |

| | OTHER: | |
|---|---|---|
| Full Payment Due On or Before January 31, 2018 $7,757.80 | FIRE INSPECTION FEE | 50.00 |
| First Installment Due On or Before January 31, 2018 $3,299.96 | DELQ WATER CHARGES | 953.48 |
| Second Installment Due On or Before March 31, 2018 $2,228.92 | TOTAL DUE FOR FULL PAYMENT PAY BY January 31, 2018 $7,757.80 | |
| Third Installment Due On or Before May 31, 2018 $2,228.92 | Warning: If not paid by due date, installment option is lost and total tax is delinquent subject to interest and, if applicable, penalty. Failure to pay online. See Reverse. | |

IMPORTANT: Correspondence should refer to TAX KEY  
See reverse side for more information.

1959 S 54 ST  
02-06N-21E Acres: 0.247  
MC GEOCH MEADOWS LOTS 28 & 29 & 30 BLK 1

---

## 2017 REAL ESTATE PROPERTY TAX
### CITY OF WEST ALLIS
### FULL PAYMENT  [ 1 ]

Tax Key Number: 474-0036-001  
Bill Number: 222213

PPK INVESTMENTS  
NOLAN ACCOUNTING  
4262 S 108 ST  
MILWAUKEE WI 53228

Property Address: 1959 S 54 ST  
FULL PAY AMOUNT: $7,757.80

Send Payment to:  
City of West Allis Treasurer  
PO Box 14248  
West Allis, WI 53214

47400360010000775780B

---

## 2017 REAL ESTATE PROPERTY TAX
### CITY OF WEST ALLIS
### FIRST INSTALLMENT DUE JANUARY 31, 2018  [ 2 ]

Tax Key Number: 474-0036-001  
Bill Number: 222213

PPK INVESTMENTS  
NOLAN ACCOUNTING  
4262 S 108 ST  
MILWAUKEE WI 53228

Property Address: 1959 S 54 ST  
FIRST INSTALLMENT AMOUNT: $3,299.96

Send Payment to:  
City of West Allis Treasurer  
PO Box 14248  
West Allis, WI 53214

47400360010000329996

---

## 2017 REAL ESTATE PROPERTY TAX
### CITY OF WEST ALLIS
### SECOND INSTALLMENT DUE MARCH 31, 2018

Tax Key Number: 474-0036-001  
Bill Number: 222213

PPK INVESTMENTS  
NOLAN ACCOUNTING  
4262 S 108 ST  
MILWAUKEE WI 53228

Property Address: 1959 S 54 ST  
SECOND INSTALLMENT AMOUNT: $2,228.92

Send Payment to:  
City of West Allis Treasurer  
PO Box 14248  
West Allis, WI 53214

47400360010000222892

---

## 2017 REAL ESTATE PROPERTY TAX
### CITY OF WEST ALLIS
### THIRD INSTALLMENT DUE MAY 31, 2018  [ 3 ]

Tax Key Number: 474-0036-001  
Bill Number: 222213

PPK INVESTMENTS  
NOLAN ACCOUNTING  
4262 S 108 ST  
MILWAUKEE WI 53228

Property Address: 1959 S 54 ST  
THIRD INSTALLMENT AMOUNT: $2,228.92

Send Payment to:  
City of West Allis Treasurer  
PO Box 14248  
West Allis, WI 53214

47400360010000222892