THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: March 20, 2018

*Susan V. Kelley*

Susan V. Kelley

UNITED STATES BANKRUPTCY Chief United States Bankruptcy Judge
EASTERN DISTRICT OF WISCONSIN

---

In re
Todd J. Kompas,                           Chapter 13
          Debtor.                         Case No. 17-28883-svk

---

### ORDER AUTHORIZING SALE OF PROPERTY

---

The Debtor filed a Notice of Motion and Motion for an Order Authorizing Sale of Property on February 22, 2018 ("Motion"), and served the Motion on all creditors and parties in interest. No objections have been filed. The sale of the property described in the Motion appears reasonable and in the best interests of the Debtor and the estate, in that the sale will substantially reduce the amount of the secured claim of the largest secured creditor.

IT IS THEREFORE ORDERED that the Debtor's Motion for an Order Authorizing the Sale of Property is granted and the Debtor and his co-owner, PPK Investments may sell the property described in the attachments to the Motion and on Exhibit A filed as Document No. 56 on March 19, 2018 (the "Property") for $307,000.00, or such amount as to which the parties to the accepted offer may further agree, subject to the consent of Mitchell Bank.

IT IS FURTHER ORDERED that the Debtor is authorized to sign all deeds, affidavits, and other documents necessary to accomplish the transfer of the Property to the buyer to facilitate the closing.

IT IS FURTHER ORDERED that from the closing, the Debtor may pay all ordinary and necessary costs of closing, including delinquent real estate taxes, pro-rate real estate taxes for tax year 2018, title insurance, utility pro-rations and closing

IT IS FURTHER ORDERED that from the proceeds of the closing, the debtor may pay MLG Commercial a broker's commission of an amount not more than six percent (6%) of the sale price.

IT IS FURTHER ORDERED that the net proceeds of sale may be paid directly to Mitchell Bank, and any surplus proceeds shall be paid to the trustee.

IT IS FURTHER ORDERED that the fourteen (14) day stay with respect to the effective date of this Order pursuant to Bankruptcy Rule 6004(h) is waived, and this Order authorizing the sale of the Property shall be effective immediately upon its entry.

#####